UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Victor Manuel Robles             ,                )
                                                  )
          Plaintiff/Petitioner,                   )
v.                                                )   CASE NO. **'21CV1694 AJB**
                                                  )
Merrick Garland, Attorney General of the United   )
States; Donald W. Washington, Director, United    )
States Marshals Service; Chad Wolf, Putative      )
Acting Secretary of the Department of Homeland    )
Security; and Steven C. Stafford, United States   )
Marshal for the Southern District of California,  )
                                                  )
          Defendant/Respondent.

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The Undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum to the Respondents who have custody over the defendant and to produce the Defendant forthwith for arraignment before a United States magistrate.

Name of Detainee: Victor Manuel Robles
Date of Arrest: 9/28/21
Detained at (custodian): _____

Detainee has been:   a)   (x) charged in this district by:
                          ( ) Indictment   ( ) Information   (X) Complaint   ( ) Order to Show Cause
                          Charging Detainee With: 21 U.S.C 952,960
         or          b)   ( ) arrested by federal authorities but a complaint has not yet been filed.

Detainee will:       a)   ( ) return to the custody of detaining facility upon termination of proceedings
         or          b)   ( ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary at the next magistrate calender hearing for arraignments forthwith.

                                           **s/ Ryan W. Stitt**

                                           Federal Defenders of San Diego, Inc.
                                           Provisional Attorneys for Defendant

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above application is **GRANTED/DENIED** (circle one) Respondents is hereby **ORDERED/NOT ORDERED** (circle one) to produce the named detainee for arraignment on _____ in courtroom _____.

_____                                  _____
Date                                                    United States Magistrate Judge

Please provide the following, if known:
  AKA(s) (if applicable):   _____        Male ☐     Female ☐
  Booking or Fed. Reg. #:   _____        DOB:  _____
  Facility Address:         _____        Race: _____
                            _____        FBI#: _____
  Facility Phone:           _____
  Currently Incarcerated For: _____

### RETURN OF SERVICE

Executed on _____ by _____
                                           (Signature)